Kevin T. Barnes, Esq. (#138477)
Gregg Lander, Esq. (#194018)
LAW OFFICES OF KEVIN T. BARNES
1635 Pontius Avenue, Second Floor
Los Angeles, CA 90025-3361
Tel.: (323) 549-9100 / Fax: (323) 549-0101
Email: Barnes@kbarnes.com

Raphael A. Katri, Esq. (#221941)
LAW OFFICES OF RAPHAEL A. KATRI
8549 Wilshire Boulevard, Suite 200
Beverly Hills, CA 90211-3104
Tel.: (310) 940-2034 / Fax: (310) 733-5644
Email: RKatri@socallaborlawyers.com

Attorneys for Plaintiff BRENT ANDERSON,
on behalf of himself and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT ANDERSON, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE SHERWIN-WILLIAMS COMPANY, an Ohio corporation; and DOES 1 to 100, inclusive,<br><br>    Defendants. | **CLASS ACTION**<br><br>Case No.: 5:17-cv-02459-FMO (SHx)<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS AND REPRESENTATIVE ACTION SETTLEMENT; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF KEVIN T. BARNES, and [PROPOSED] ORDER IN SUPPORT THEREOF**<br><br>Date: October 3, 2019<br>Time: 10:00 a.m.<br>Dept.: 6D<br><br>Honorable Fernando M. Olguin<br>Courtroom 6D<br><br>Action filed: November 8, 2017<br>Trial Date: None Set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

YOU ARE HEREBY NOTIFIED THAT on October 3, 2019 at 10:00 a.m. or as soon thereafter as the matter may be heard, in Department 6D of the United States District Court – Central District of California, located at 350 West 1st Street, #4311, Los Angeles, California 90012-4565, Plaintiffs and Defendant will move

- 1 -

for an Order granting Preliminary Approval for Class and Representative Action Settlement, for an Order conditionally certifying the action as a Class for settlement purposes only, for an Order appointing Plaintiffs Brent Anderson and Vernon Fife as the Class Representatives of the proposed settlement Class, and for an Order confirming the appointment of The Law Offices of Kevin T. Barnes, Raphael A. Katri and Workman Law Firm, PC as Class Counsel for the settlement Class.  Good cause exists for the granting of the Motion in that the proposed settlement is fair, reasonable, and adequate.

The Motion will be based on this Notice of Motion, the Declarations of Plaintiffs' counsel, the Memorandum of Points and Authorities set forth below, and on such oral and documentary evidence as may be presented at the hearing of the Motion.

Dated: September 5, 2019

LAW OFFICES OF KEVIN T. BARNES
LAW OFFICES OF RAPHAEL A. KATRI
WORKMAN LAW FIRM, PC

By:  /s/ Kevin T. Barnes
     Kevin T. Barnes, Esq.
     Robin Workman, Esq.
     Attorneys for Plaintiffs

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS AND REPRESENTATIVE ACTION SETTLEMENT**